# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Kimberly P.
Plaintiff,

v.                                                          Case No.: 1:24−cv−00006−JJM−LDA

Martin O'Malley
Defendant.

## JUDGMENT

      Pursuant to the Court's ordered entered on April 26, 2024, and in accordance with Fed. R. Civ. P. 58, the decision of the Commissioner is reversed and this matter is remanded in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings.

April 26, 2024                                              By the Court:

                                                                        /s/ Hanorah Tyer−Witek, Clerk of Court